IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JANESE MASSEY
*on behalf of*
J.F., A MINOR                                                                                   PLAINTIFF


VS.                                    CASE NO. 11-CV-1056


MICHEAL J. ASTRUE
Commission, Social Security Administration                                   DEFENDANT


## JUDGMENT

Before the Court is the Report and Recommendation filed September 14, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). In his report, Judge Bryant found that the ALJ's decision to deny Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is supported by substantial evidence in the record. Therefore, Judge Bryant recommends that the ALJ's decision in this matter be affirmed. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, the decision of the ALJ, denying benefits to Plaintiff on behalf of J.F., is hereby affirmed, and Plaintiff's claim is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of October, 2012.


/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge